IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DUSTIN WINKLER and JODI WINKLER, as next friends of M.W., a minor,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SAEXPLORATION SEISMIC SERVICES, LLC, and, FRANCISCO JAVIER GARCIA,<br><br>　　　　Defendants. | Case No. CIV-21-730-F |

**ORDER APPROVING COMPROMISE SETTLEMENT**

On this 13th day of July, 2022, this cause comes on for hearing by agreement pursuant to the parties' request for an Order Approving Compromise Settlement. Plaintiffs, Dustin Winkler and Jodi Winkler, as parents and next friends of M.W., a minor, appear in person and by their attorney, Clint Claypole. Defendants appear by their attorney, Ashley M. Thul.

Whereupon, the parties offered their evidence, and the Court being fully advised and upon due consideration, finds, in light of the injuries allegedly sustained by M.W, a minor, and in light of the disputed liability, that the settlement of the claims of M.W., a minor, in the amount of **TWENTY-THREE THOUSAND TWO HUNDRED DOLLARS and 00/100 CENTS ($23,200.00)**, is hereby approved. The Court hereby finds that said settlement is fair, reasonable, and in the best interests of M.W., a minor.

It is therefore ordered by the Court that the above settlement amounts be distributed as follows, pursuant to 12 O.S. § 83:

a. Plaintiffs' attorney will receive **EIGHT THOUSAND TWO HUNDRED DOLLARS and 00/100 CENTS ($8,200.00)** for full payment of outstanding attorneys' fees and for reimbursement of any necessary expenses incurred by counsel in the course of his representation of Plaintiffs.

b. The remaining amount, **FIFTEEN THOUSAND DOLLARS and 00/100 CENTS ($15,000)**, will be paid to M.W., a minor, and shall be deposited in Stride Bank as repository of the settlement funds which shall not be withdrawn prior to the eighteenth (18th) birthday of said M.W, a minor, without further order of the Court.

Wherefore, it is ordered, adjudged and decreed that the proceeds received by the Plaintiffs, Dustin Winkler and Jodi Winkler, as parents and next friends of M.W., a minor, be so distributed. Further, this Court authorizes Dustin Winkler and Jodi Winkler to execute a Release in Full of All Claims asserted on behalf of M.W. a minor.

IT IS SO ORDERED this 13th day of July, 2022.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

APPROVED:


*/s/Clint A. Claypole (with permission)*
Clint A. Claypole, OBA #30045
Long Claypole & Blakley Law, PLC
P.O. Box 3623
Enid, OK  73702
Telephone: 580/233-5225
Facsimile: 580/233-3522
    Attorney for Plaintiffs

    -and-


*/s/Ashley M. Thul*
Ashley M. Thul-OBA# 31245
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma  73102
Telephone:  (405) 232-4633
Fax:  (405) 232-3462
ashleythul@oklahomacounsel.com
    Attorney for Defendants
    SAExploration Seismic Services, LLC
    and Francisco Javier Garcia


21-0730p007.PO.docx